FILED by _____ **LS** _ D.C.

**Mar 8, 2018**

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. – FT. LAUD.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
### for the
_____ District of _____

_____ Division

## 18-60491-CV-WILLIAMS/VALLE

Alex J. Mistivar

_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

OFFICER J. FELDEWERT and
CITY OF FT. LAUDERDALE

_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____
(to be filled in by the Clerk's Office)

Jury Trial: (check one) ☑Yes ☐No

## COMPLAINT FOR A CIVIL CASE

**I.     The Parties to This Complaint**

**A.     The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if
needed.

Name                    Alex J. Mistivar
Street Address          126 NW 13th Ave
City and County         Dania Beach / Broward
State and Zip Code      FL 33004
Telephone Number        754 209 - 4213
E-mail Address          alexmistivar @ gmail . com

**B.     The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an
individual, a government agency, an organization, or a corporation. For an individual defendant,
include the person's job or title (if known). Attach additional pages if needed.

Page 1 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

    Name                 J. L. FELDEWERT

    Job or Title *(if known)*   POLICE OFFICER

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 2

    Name                 City of Ft Lauderdale

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 3

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.     Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question                                    ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.     If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Violation Art 14 US constitution.

### B.     If the Basis for Jurisdiction Is Diversity of Citizenship

1.     The Plaintiff(s)

a.     If the plaintiff is an individual

The plaintiff, *(name)* _____ , is a citizen of the State of *(name)* _____ .

b.     If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.     The Defendant(s)

a.     If the defendant is an individual

The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

Page 3 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under

the laws of the State of *(name)* _____, and has its

principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

$100,000

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

On February 10, 2017, ~~was~~ The Plaintiff was working as an Uber driver. At around 7 pm The Plaintiff was involved in a car accident when the Plaintiffs vehicle was struck from the rear
→ continue . . . .

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Due to having His license suspended due to officer Feldmuart lying and ~~creating~~ falsly reporting a car accident when in fact a theft and assault occured, The plaintiff, Alex McGruvor, has not been able to work as an Uber Driver since.

Page 4 of 5

Continued . . .

After some time, officer gave the Plaintiff a traffic citation instead of pursuing the assailant. Immediately following the encounter the Plaintiff went to the Ft. Lauderdale Police Dept to report The officer misconduct and Theft of property which occured. The Police NEVER contacted the Plaintiff after that.

## IV Relief

The Plaintiff is respectfully asking the court to:

(1) Force the city of Ft Lauderdale to pay $100,000 in damages for employing a known racist, as an armed police officer, OFFICER FELDERWERT'S bigotted views makes him completly incapable of making sound reason judgment. He has openly made his racist views public yet Ft Lauderdale still employs him.

(2) That OFFICER Felderwert be ~~terminated~~ immediatly This person has probably done acts like these to countless of individuals.

(3) That the names of the assailants who ~~stole~~ the plaintiffs watch be given so that the plantiff cant ~~take~~ legal action against them as well.

(4) That the unknown officer he named are reprimanded as well.

III

The Plantiff exited his vehicle to see the damage when one of the passengers attacked the plantiff. The assailant later identified as "Anthony" (by an officer Geoffrey Shaffer) slapped the plantiffs cell phone onto the ground breaking it and ~~also~~ as the plantiff and assailant struggled, the assailant broke off the plantiff's watch and ~~stole~~ the item. The assailant then ran back to his car and he and the driver, an unknown female drove off. The Plantiff followed the thief to 205 SW 23rd St (a Drug Rehab facility), ~~let~~ let his Uber passenger out of the vehicle, called the Police and followed instructions to remain in the car until they arrived. When the police arrived, it was Officer Feldman and another Police Officer. ~~The~~ The Plantiff tried to explain the situation and Immediately Officer Feldman became aggressive and began to insult an make jokes of the situation. ~~The~~ At the time a large crowd had formed and officer Feldman continued to conduct himself in a clownish and unprofessional matter. Officer Feldman ~~continuously~~ ~~tried to make comments unrelated to the situation.~~ Began yelling at the victim to such an extent that the plantiff's wife, who was listening the ~~on~~ entire time on a bluetooth earpiece, began to record the encounter. Officer Feldman saw the defendant pleading for help but instead chose to lie and proceed to act as though the incident was a simple car accident an not what it was which is, at least, a 3rd degree Felony, perpitrated by "Anthony" and the female driver of the vehicle.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V.      Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.      For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:      _Mar 8, 2017_

Signature of Plaintiff   _____

Printed Name of Plaintiff   _Alex J. Mishvar_____

### B.      For Attorneys

Date of signing:      _____

Signature of Attorney      _____

Printed Name of Attorney   _____

Bar Number            _____

Name of Law Firm      _____

Street Address        _____

State and Zip Code    _____

Telephone Number      _____

E-mail Address        _____